UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22918-CIV-JORDAN

| | |
|---|---|
| FBK ASSOCIATES | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| SUNTRUST BANK | ) ) |
| Defendant | ) ) |

**ORDER STAYING AND CLOSING CASE PENDING COMPLETION OF ARBITRATION**

Pursuant to the parties' joint stipulation to submit this cause to binding arbitration [D.E. 16], FBK Associates' complaint is DISMISSED WITHOUT PREJUDICE and this case is STAYED pending completion of arbitration under 9 U.S.C. § 3.

The Clerk is directed to close this case. It will be re-opened if further judicial action is required after the arbitration is completed.

DONE and ORDERED in chambers in Miami, Florida, this 9th day of April, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record